# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-320-285**

**Effective Date of Registration:**
September 08, 2022
**Registration Decision Date:**
September 28, 2022

## Title

**Title of Work:** Tulip Stud

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Chemla
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Alison Chemla
22 East 65th Street, 5th Floor, New York, NY, 10065, United States

## Rights and Permissions

**Organization Name:** Mullen PC
**Name:** Wesley Mullen
**Email:** wmullen@mullenpc.com
**Telephone:** (646)632-3718
**Address:** 745 Fifth Avenue
#500
New York, NY 10151 United States

Page 1 of 2

## Certification

**Name:** Wesley M. Mullen
**Date:** September 08, 2022