# Exhibit D

**10% OFF** orders of $29+ | **15% OFF** orders of $69+ | **20% OFF** orders of $169+        CODE: SCHOOLCOOL 

WOMEN    PLUS    HOME    KIDS    MEN    BEAUTY        **SHEIN**    Extra 15% OFF YOUR FIRST ORDER      0  ♡ 0  🎧 ⊕

NEW IN    TRENDS    SALE    SHEIN X DESIGNERS    CLOTHING    DRESSES    TOPS    ‹  ›    | Dress            🔍 |

Home / Jewelry & Watches / Jewelry / Fashion Jewelry / Earrings / 2pairs Flower Decor Stud Earrings









## 2pairs Flower Decor Stud Earrings

SKU: swear18210506381    ⭐⭐⭐⭐✮ (1069 Reviews)

### US$2.00

Qty:    [ − ]  **1**  [ + ]

<div style="background:black;color:white">ADD TO BAG</div>    ♡

Earn **2** SHEIN Points

## Shipping To UnitedStates

🚚  **Delivery** ⊘                                                          ‹ 1/2 ›

Standard Shipping: **US$3.99** , FREE on orders US$49.00+          Express Shipping: **US$12.90** orders US$159.00+

Estimated to be delivered on 08/09/2022 - 08/11/2022.          Estimated to be delivered on - 08/07/2022.

🛡  **Return Policy** ⊘

Return and exchange goods are not supported.


GET EXTRA 15%

**10% OFF** orders of $29+ | **15% OFF** orders of $69+ | **20% OFF** orders of $169+     CODE: SCHOOLCOOL

WOMEN    PLUS    HOME    KIDS    MEN    BEAUTY         **SHEIN**    Extra 15% OFF YOUR FIRST ORDER         👤  🛍 0   ♡ 0   🎧  🌐

NEW IN    TRENDS    SALE    SHEIN X DESIGNERS    CLOTHING    DRESSES    TOPS     ‹  ›     🔍 Dress

# Customer Reviews ( 1069 )

Average Rating

⭐⭐⭐⭐⭐ **4.97**

**All Reviews (1069)**     Image (234)

Rating    [ All ⌄ ]                                    Sort by    [ Recommend ⌄ ]

---

**j***u**                              ⭐⭐⭐⭐⭐                                              19  👍

just what i wanted so cute !!!!!!!!!!!!!!!!

Translate

**Color:** Gold

GET EXTRA 15%

**10% OFF** orders of $29+ | **15% OFF** orders of $69+ | **20% OFF** orders of $169+    CODE: SCHOOLCOOL 

WOMEN    PLUS    HOME    KIDS    MEN    BEAUTY    **SHEIN**    **Extra 15% OFF** YOUR FIRST ORDER    👤    🛍 0    ♡ 0    🎧    🌐

NEW IN    TRENDS    SALE    SHEIN X DESIGNERS    CLOTHING    DRESSES    TOPS    ‹  ›    [Dress                    ] 🔍

**Color:** Gold



22 Jul,2021

s***s

★★★★★    12  👍

One of my favourite earrings from SHEIN…

Translate

**Color:** Gold



11 Jun,2021

Total 357 Pages  ‹  **1**  2  3  4  5  6  7  8  9  10  ›

10% OFF orders of $29+ | 15% OFF orders of $69+ | 20% OFF orders of $169+    CODE: SCHOOLCOOL

WOMEN    PLUS    HOME    KIDS    MEN    BEAUTY    SHEIN    **Extra 15% OFF** YOUR FIRST ORDER    👤    🛍 0    ♡ 0    🎧    🌐

NEW IN    TRENDS    SALE    SHEIN X DESIGNERS    CLOTHING    DRESSES    TOPS    ‹    ›    🔍 Dress


US$2.00


US$1.00


US$1.50


US$1.50

US$2.50

US$1.00

US$2.50

US$2.50

US$1.50

US$1.50

GET EXTRA 15%

**10% OFF** orders of **$29+** | **15% OFF** orders of **$69+** | **20% OFF** orders of **$169+**      CODE: SCHOOLCOOL

WOMEN     PLUS     HOME     KIDS     MEN     BEAUTY       SHEIN      **Extra 15% OFF** YOUR FIRST ORDER      👤  🛍 0  🤍 0  🎧  🌐

NEW IN     TRENDS     SALE     SHEIN X DESIGNERS     CLOTHING     DRESSES     TOPS     ‹  ›     [Dress                    ] 🔍

US$1.00          US$1.00          US$1.00          US$3.50          US$1.50

**View More**

SHEIN

**10% OFF** orders of **$29+** | **15% OFF** orders of **$69+** | **20% OFF** orders of **$169+**     CODE: SCHOOLCOOL 

WOMEN    PLUS    HOME    KIDS    MEN    BEAUTY          **SHEIN**    **Extra 15% OFF** YOUR FIRST ORDER

NEW IN    TRENDS    SALE    SHEIN X DESIGNERS    CLOTHING    DRESSES    TOPS    ‹ ›    Dress

**COMPANY INFO**

About SHEIN

Social Responsibility

Affiliate

Fashion Blogger

Supply Chain

Careers

Student Discount

**HELP & SUPPORT**

Shipping Info

Returns

How To Order

How To Track

Size Guide

SHEIN VIP

**CUSTOMER CARE**

Contact Us

Payment & Tax

Bonus Point

**FIND US ON**

**SIGN UP FOR SHEIN STYLE NEWS**

Your Email Address            SUBSCRIBE

**WE ACCEPT**

**DOWNLOAD SHEIN APP TO SAVE MORE!**



©2009-2022 SHEIN All Rights Reserved

Privacy Center | Privacy & Cookie Policy | Do Not Sell My Personal Information

Terms & Conditions | Copyright Notice | Accessibility | Imprint |

⊙ United States

GET EXTRA 15%