UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALISON LOU LLC,

                        Plaintiff,          **SCHEDULING ORDER**

           -against-                    **23 Civ. 01268 (JHR) (GS)**

SHEIN DISTRIBUTION CORP., *et al.*,

                       Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Court is in receipt of the parties' various letters concerning their ongoing discovery disputes. (*See* Dkt. Nos. 80, 82, 83, and 85). Having reviewed these materials, the Court hereby **ORDERS** the parties to appear before the undersigned for a discovery dispute conference. The conference shall be held in **Courtroom 9A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 at **10:00 A.M. on Wednesday, November 15, 2023**.

      SO ORDERED.

DATED:    New York, New York
               November 6, 2023

                                                               GARY STEIN
                                                               United States Magistrate Judge