UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALISON LOU LLC,

                        Plaintiff,                      **SCHEDULING ORDER**

                   -against-                        23 Civ. 01268 (JHR) (GS)

SHEIN DISTRIBUTION CORP., *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Court is in receipt of Defendants' November 8, 2023 letter motion requesting an informal conference regarding the parties' latest discovery dispute. (*See* Dkt. No. 92). The undersigned will consider the matters discussed therein at the hearing set for November 15, 2023 at 11:00 AM in Courtroom 9A. (*See* Dkt. No. 91). If Plaintiff would like to respond to Defendants' November 8, 2023 letter motion, any such response is due by **Monday, November 13, 2023**.

      SO ORDERED.

DATED:    New York, New York
                 November 9, 2023

                                                        GARY STEIN
                                                        United States Magistrate Judge